UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                            Case No: 07-6256-SELTZER

REMY MILIEN

### ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the INDICTMENT filed in the Eastern District of New York be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 27th day of June, 2007.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record